**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 7th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | : : : : : | NO. 524 MAGISTERIAL RULES DOCKET |

**ORDER**

**PER CURIAM**

AND NOW, this 27th day of December 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 7th Judicial District (Bucks County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 07-2-05 and 07-3-03, within Bucks County, to be effective January 1, 2023, is granted; and that the Petition, which provides for the reestablishment of all remaining Magisterial Districts as they currently exist, to be effective immediately, is granted;

Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 07-1-01 Magisterial District Judge Michael W. Gallagher | Bensalem Township – Lower East 1-4, 6-8 Bensalem Township – Lower Middle 1-4 Bensalem Township – Lower West 1, 2 Bensalem Township – Upper West |
| Magisterial District 07-1-02 Magisterial District Judge Frank W. Peranteau, Sr. | Bristol Borough Bristol Township (Wards 1, 4) |

| | |
|---|---|
| Magisterial District 07-1-03<br>Magisterial District Judge Kevin P. Wagner, Sr. | Bristol Township (Wards 2, 3, 5, 6, 10) |
| Magisterial District 07-1-04<br>Magisterial District Judge Terrence P. Hughes, Sr. | Bristol Township (Wards 7, 8, 9, 11)<br>Tullytown Borough |
| Magisterial District 07-1-07<br>Magisterial District Judge Daniel E. Baranoski | Hulmeville Borough<br>Langhorne Borough<br>Langhorne Manor Borough<br>Lower Southampton Township<br>Middletown Township – Lower 1, 2, 13<br>Middletown Township – Upper 2, 4<br>Penndel Borough |
| Magisterial District 07-1-08<br>VACANT | Middletown Township – Lower 3-12<br>Middletown Township – Upper 1, 3, 5-8 |
| Magisterial District 07-1-09<br>Magisterial District Judge Daniel J. Finello, Jr. | Ivyland Borough<br>Warminster Township |
| Magisterial District 07-1-10<br>Magisterial District Judge Jan Vislosky | Falls Township |
| Magisterial District 07-1-11<br>Magisterial District Judge Corryn L. Kronnagel | Lower Makefield Township<br>Morrisville Borough<br>Yardley Borough |
| Magisterial District 07-1-12<br>Magisterial District Judge Joseph P. Falcone | Bensalem Township – Lower East 5<br>Bensalem Township – Lower Middle 5<br>Bensalem Township – Upper 1-12 |
| Magisterial District 07-2-01<br>Magisterial District Judge Brian M. Marriott | Northampton Township<br>Upper Southampton Township |

| | |
|---|---|
| Magisterial District 07-2-02<br>Magisterial District Judge Mark D. Douple | Doylestown Borough<br>Doylestown Township |
| Magisterial District 07-2-05<br>Magisterial District Judge Lisa J. Gaier | Milford Township<br>Quakertown Borough<br>Richland Township<br>Richlandtown Borough<br>Trumbauersville Borough |
| Magisterial District 07-2-07<br>Magisterial District Judge Michael W. Petrucci | Newtown Borough<br>Newtown Township<br>Upper Makefield Township<br>Wrightstown Township |
| Magisterial District 07-2-08<br>Magisterial District Judge Regina M. Armitage | Chalfont Borough<br>Hilltown Township<br>New Britain Borough<br>New Britain Township<br>Perkasie Borough<br>Sellersville Borough<br>Silverdale Borough<br>Telford Borough |
| Magisterial District 07-3-01<br>Magisterial District Judge Maggie Snow | Buckingham Township<br>New Hope Borough<br>Solebury Township |
| Magisterial District 07-3-02<br>Magisterial District Judge Stacy Wertman | Warrington Township<br>Warwick Township |
| Magisterial District 07-3-03<br>Magisterial District Judge Thomas G. Gambardella | Bedminster Township<br>Bridgeton Township<br>Dublin Borough<br>Durham Township<br>East Rockhill Township<br>Haycock Township<br>Nockamixon Township |

Plumstead Township
Riegelsville Borough
Springfield Township
Tinicum Township
West Rockhill Township